IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KAREN COUNTRYMAN-ROSWURM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-cv-02489 |
| ) | |
| WICHITA STATE UNIVERSITY, ET AL., ) | |
| ) | |
| Defendants ) | |

### DEFENDANT RICHARD MUMA'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), **Defendant Richard Muma** ("Dr. Muma") hereby appeals to the **United States Court of Appeals for the Tenth Circuit** from the **District Court's Memorandum and Order (ECF No. 24) dated August 2, 2022**, denying Dr. Muma qualified immunity.[1]

Respectfully Submitted,

*/s/ Rachel S. Kim*
Martin M. Loring, KS Bar No. 20840
Timothy A. Hilton, # 78327
Courtney Steelman, #79001
Rachel S. Kim, #79002
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
Martin.loring@huschblackwell.com
Tim.hilton@huschblackwell.com
Courtney.steelman@huschblackwell.com
Rachel.kim@huschblackwell.com
**ATTORNEYS FOR DEFENDANTS WICHITA STATE UNIVERSITY AND RICHARD MUMA**

---

[1] The district court's denial of qualified immunity is an immediately appealable final decision within the meaning of 28 U.S.C. §1291. *Behrens v. Pelletier*, 516 U.S. 299, 306 (1996).

**CERTIFICATE OF SERVICE**

This is to certify that on the 22nd day of August 2022, the above and foregoing was electronically filed via the Court ECF filing system, which will provide notice of the same to all counsel of record.

/s/  Rachel S. Kim
**Attorney for Defendants**