UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KAREN COUNTRYMAN-ROSWURM,

    Plaintiff,

v.

WICHITA STATE UNIVERSITY, et al.,

    Defendants.

Case No. 21-2489-DDC-ADM

### ORDER

    This matter comes before the court on Defendant Wichita State University's ("WSU") Consent Motion for Extension of Time to File a Motion to Enforce. (ECF 54.) By way of this motion, WSU seeks an extension of the local-rule deadline requiring discovery-related motions to "be filed within 30 days of the default or service of the response, objection, or disclosure that is the subject of the motion." D. KAN. RULE 37.1(c).

    Rule 37.1 was amended effective December 1, 2022. It now states that the court may deny a discovery-related motion "filed after that 30-day period as untimely *unless* the movant demonstrates diligence in attempting to resolve the specific discovery dispute at issue." *Id.* (emphasis added). Thus, a party who files a motion to compel after the 30-day deadline must demonstrate diligence in the motion to compel itself. The rule does not contemplate an earlier, pro forma motion for an extension of time.

    Because of this, the court denies WSU's motion as unnecessary. If and when WSU ultimately files a motion to compel, the court will expect WSU to demonstrate in the motion itself that it acted with diligence in attempting to resolve the discovery dispute at issue within the 30-day period set forth in Rule 37.1(c).

**IT IS THEREFORE ORDERED** that WSU's Consent Motion for Extension of Time to File a Motion to Enforce (ECF 54) is denied.

**IT IS SO ORDERED.**

Dated December 14, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
